**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHARLES H.,**<br><br>    Plaintiff,<br><br>    v.<br><br>**BLUE CROSS OF CALIFORNIA, D/B/A ANTHEM BLUE CROSS,**<br><br>    Defendant. | Case No.: 4:23-cv-1146-YGR<br><br>**ORDER TO SHOW CAUSE; CONTINUING CASE MANAGEMENT CONFERENCE** |

This case is scheduled for a case management conference on July 3, 2023. The parties have failed to file a joint case management statement as required by Civil Local Rule 16-9 and this Court's Standing Order. Joint case management statements are required and must be filed **seven days in advance** of the initial case management conference date. Parties here should have filed the joint case management statement by **June 26, 2023.**

The parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned in the amount of $250 for failure to file a joint case management statement in a timely manner.

A hearing on this Order to Show Cause will be held on **Monday, July 10, 2023,** on the Court's **2:01 p.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. By no later than **Wednesday, July 5, 2023**, the parties must file either (1) a joint case management statement, which includes a statement that they have reviewed the Local Rules with respect to their responsibilities; or (2) a written response to this Order to Show Cause why they should not be sanctioned for their failure to comply with the stated rule. If the Court is satisfied with the

parties' response, the parties need not appear, and the hearing will be taken off calendar.  Otherwise, lead trial counsel must personally appear at the hearing.  Neither a special appearance nor a telephonic appearance will be permitted.  Failure to file a joint statement, written response, or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

The Case Management Conference set for July 3, 2023, is **CONTINUED** to **July 17, 2023, at 2:00 p.m.**

**IT IS SO ORDERED.**
Dated: June 27, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**